IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SAMMY STEWART**     **PLAINTIFF**
**ADC #103511**

v.     **CASE NO. 2:24-CV-00111-BSM-ERE**

**M. HOGAN,** *et al.*     **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 5] is adopted. Sammy Stewart may proceed on his excessive force claim against Sergeant Hogan and Captain Padilla in their individual capacities, but all his other claims are dismissed without prejudice. The clerk is directed to terminate Jason Palmer and Andrea Cuclage as defendants.

IT IS SO ORDERED this 9th day of July, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE