IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SAMMY STEWART**                                                                                         **PLAINTIFF**
**ADC #103511**

V.                              NO. 2:24-cv-00111-BSM-ERE

**MELBOURNE HOGAN,** *et al.*                                                                 **DEFENDANTS**

## ORDER

Defendants have filed a motion to compel asking the Court to order *pro se* plaintiff Sammy Stewart to respond to their discovery requests and to sign the medical authorization included in their requests for production. *Doc. 41*. Defendants represent that although they attempted to resolve this issue without Court intervention, Mr. Stewart has continued to refuse to respond to the discovery requests at issue.

All litigants who pursue civil claims in federal court are required to comply with the Federal Rules of Civil Procedure, including the various provisions related to discovery. *See*, *e.g.*, Rule 26 (General Provisions Governing Discovery); Rule 33 (Interrogatories to Parties); Rule 34 (Producing Documents); Rule 37 (Failure to Make Disclosures or to Cooperate in Discovery). Mr. Stewart must participate in the discovery process; if he fails to do so, his claims may be dismissed, without prejudice, and he may face other sanctions.

IT IS THEREFORE ORDERED THAT:

1.     If Mr. Stewart opposes Defendants' motion to compel (*Doc. 41*), he must file a response by **May 5, 2025**.

2.     If Mr. Stewart does not wish to oppose Defendants' motion to compel, he must send defense counsel written responses to the outstanding discovery requests, including a signed medical authorization, as soon as possible, but no later than **May 22, 2025**.

3.     The Clerk of the Court is directed to send Mr. Stewart, along with this Order, a copy of *Docs. 41, 41-1, & 42.*[1]

4.     If Mr. Stewart he fails to comply with this Order or to participate in the discovery process, his claims may be dismissed, without prejudice, and other sanctions may be imposed. See Local Rule 5.5(c); Fed. R. Civ. P. 37.

5.     The parties should promptly notify the Court if Mr. Stewart responds to the outstanding written discovery.

So Ordered 18 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *Doc. 41-1* contains the outstanding discovery requests.