# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SAMMY STEWART**                                                                                    **PLAINTIFF**
ADC #103511

v.                                    **CASE NO. 2:24-CV-00111-BSM**

**MELBORNE HOGAN,** *et al.*                                                              **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 70] is adopted, the motion for summary judgment of Melborne Hogan and Martin Padilla [Doc. No. 50] is granted, and Sammy Stewart's claims against Hogan and Padilla are dismissed with prejudice.

IT IS SO ORDERED this 15th day of December, 2025.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE