IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SAMMY STEWART**                                                                                 **PLAINTIFF**
ADC #103511

v.                                    CASE NO. 2:24-CV-00111-BSM

**MELBORNE HOGAN,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case dismissed with prejudice.

IT IS SO ORDERED this 15th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE